| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.<br>☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION**<br>☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE**<br>**(a) GENERAL FORMS** | **CASE NUMBER**<br>13 - 011491 CC 23 |
| **PLAINTIFF(S)**<br><br>SCOTT PADOVA | **VS. DEFENDANT(S)**<br><br>CARRINGTON MORTGAGE<br>SERVICES | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State;

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s): CARRINGTON MORTGAGE SERVICES, LLC ✓

by Serving Its Registered Agent :THE CORPORATION TRUST COMPANY

1209 ORANGE STREET

WILMINGTON. DE 19801

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney: SETH WIEDER, ESQ

whose address is: LOAN LAWYERS, LLC

377 NORTH STATE RD7, SUITE 202

PLANTATION, FL 33317

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days.**" after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK OF COURTS** | BY: **Veronica Francis 80187**<br>DEPUTY CLERK | 7/30/13<br>DATE |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

Clerk's web address: www.miami-dadeclerk.com

IN THE COUNTY COURT OF THE 11TH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:  13-011491CC23

SCOTT PADOVA,

           Plaintiff,

vs.

CARRINGTON MORTGAGE SERVICES,

           Defendant.

_____/

## VERIFIED COMPLAINT

**COMES NOW**, the Plaintiff, SCOTT PADOVA, by and through undersigned counsel, and brings this action against the Defendant, CARRINGTON MORTGAGE SERVICES ("CARRINGTON"), and as grounds thereof would allege as follows:

### JURISDICTION

1.      This is an action for damages that are less than $15,000.00, exclusive of attorney's fees, pre-judgment interest and costs.  This is also an action for injunctive relief as provided by Florida Statutes §559.77(2).  This action is brought by a consumer for Defendant's violations of Florida Statutes §§ 559.55-559.785, known more commonly as the "Florida Consumer Collection Practices Act", ("FCCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., ("FDCPA").  These laws prevent respectively, debt collectors and persons from, *inter alia*, engaging in abusive, deceptive, and unfair collection practices.

2.      Personal jurisdiction is proper pursuant to the Florida Long-Arm Jurisdiction Statute through the causation of injury in this state caused by acts or omissions outside the state.

3.      Venue is proper in this court the actions that are the subject of this action accrued in MIAMI-DADE County, Florida.

### PARTIES

4.      At all times material hereto, Defendant, CARRINGTON was and is a foreign Limited Liability Corporation, incorporated under the laws of the State of Deleware and lists its registered agent as The Corporate Trust Company, 1209 Orange Street, Wimlington DE 19801.

*FD-2811*

5.     At all times material hereto, CARRINGTON was and is a "person" as said term is defined under Florida Statute §1.01(3).

6.     At all times material hereto, CARRINGTON regularly collects or attempts to collect debts for other parties and is a "debt collector" as said term is defined under 15 U.S.C. §1692a(6) and Florida Statute §559.55(6).

7.     At all times material hereto, the Plaintiff, is and was a natural person, and is a "consumer" as that term is defined by 15 U.S.C. 1692(a)(3) and Florida Statutes § 559.55(2), and/or a person with standing to bring a claim under the FCCPA and FDCPA by virtue of being directly affected by violations of the Act.

8.     At all times material hereto, the mortgage debt in question was a "debt" as said term is defined under 15 U.S.C. §1692a(5) and Florida Statute §559.55(1).

9.     At all times material hereto, the communications alleged herein were "communications" as said term is defined under Florida Statute §559.55(5).

10.     At all times material hereto, CARRINGTON regularly collects or attempts to collect debts for other parties and is a "debt collector" as said term is defined under 15 U.S.C. §1692a(6) and Florida Statute §559.55(6).

11.     CARRINGTON regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

## BACKGROUND AND GENERAL ALLEGATIONS

12.     A foreclosure action was filed against Plaintiff in MIAMI-DADE County Circuit Court.

13.     Plaintiff retained Loan Lawyers, LLC, for representation with regard to a disputed debt arising from a mortgage for which the Defendant now provides servicing.

14.     On or about February 25, 2013, Loan lawyers, LLC, as counsel for Plaintiff, served and filed their Notice of Appearance in the foreclosure action.  A copy of same is attached and incorporated herein as Exhibit "A".

15.     Since that time, counsel for Plaintiff has filed pleadings and numerous motions and correspondence with the counsel in the Foreclosure action.

FD-2811

16.     On or about April 16, 2013, Plaintiff sent Wells Fargo Home Mortgage, the plaintiff in the above referenced foreclosure action, a letter indicating that Plaintiff was represented by Loan Lawyers, LLC, regarding all aspects of the subject mortgage debt. Defendant was informed that all communications regarding the subject mortgage debt were to be directed to Plaintiff's counsel. The letter provided the mailing address and phone number for Loan Lawyers, LLC. A copy of same is attached and incorporated herein as Exhibit "B".

17.     Defendant has since that time, alleged to have replaced Wells Fargo as the servicer on the disputed debt in the foreclosure action.

18.     Defendant was only hired as the servicer upon the disputed debt to attempt to collect upon the disputed debt.

19.     On or about April 19, 2013, at approximately 1:00 PM, Defendant communicated directly with Plaintiff's counsel via email, demonstrating that Defendant was aware that Plaintiff was represented by counsel in regard to the disputed debt.

20.     The debt that Defendant sought to collect from Plaintiff is an alleged debt arising from transactions entered into primarily for personal, family or household purposes.

21.     All of Defendant's actions in regard to the disputed debt have been for the purpose of collecting the disputed debt.

22.     Defendant was aware that Plaintiff was represented by counsel in regard to the disputed debt and was aware of the nature and scope of same.

### COUNT I-VIOLATION OF FCCPA, FLORIDA STATUTES §559.72(18)

23.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 20.

24.     Defendant communicated with Plaintiff multiple times in connection with the collection of a debt, including on or about May 16, 2013, May 20, 2013 and May 22, 2013 when Defendant mailed Plaintiff letters at Plaintiff's primary residence. A copy of same are attached and incorporated herein as Exhibit "C", "D" and "E" respectively.

25.     The letters urged Plaintiff to contact Defendant in connection with the collection of a debt, and itself was an attempt to collect a debt.

*FD-2811*

26.     The letters provided a phone number for Defendant's collections line, a telephone line which Defendant staffs with representatives of Defendant and whose purpose is to solicit payments from consumers.

27.     Defendant's May 16, 2013 letter makes explicit demands for payment, instructing Plaintiff to make payments to Defendant and providing details on how to do so.

28.     Each letter was a communication with the Plaintiff when Defendant knew that the Plaintiff was represented by an attorney with respect to the alleged debt and had knowledge of Loan Lawyers, LLC's name, address, and telephone number.

29.     As admitted in Plaintiff's May 22, 2013 letter, Defendant communicated with Plaintiff multiple times in connection with the collection of a debt by calling Plaintiff's telephone.

30.     The phone calls were each communication with the Plaintiff when Defendant knew that the Plaintiff was represented by an attorney with respect to the alleged debt and had knowledge of Loan Lawyers, LLC's name, address, and telephone number.

31.     Defendant communicated with Plaintiff a number of other times after Defendant was aware that Plaintiff was represented by counsel in regard to the disputed debt.

32.     Defendant, through its agents, representatives and/or employees acting within the scope of their authority, has violated the FCCPA in that Defendant contacted Plaintiff in connection with the collection of a debt after Defendant knew that Plaintiff was represented by counsel, and had knowledge of counsel's name and address, in contravention of Florida Statutes §559.72(18).

33.     Defendant, through its agents, representatives and/or employees acting within the scope of their authority acted willfully and intentionally violated Florida Statutes §559.72(18).

34.     Plaintiff has hired Loan Lawyers, LLC, to represent Plaintiff in this action and has agreed to pay a reasonable attorney's fee.

35.     As a result of the above violations of the FCCPA, pursuant to Florida Statute §559.77(2), Plaintiff is entitled to recovery for statutory damages of up to $1000 per violation, together with actual damages, reasonable attorney's fees and court costs.


**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendant, CARRINGTON MORTGAGE SERVICES, for statutory and actual damages, along with costs

FD-2811

and reasonable attorney's fees pursuant to Florida Statutes §559.77(2), and for such other and further relief as justice may require. Plaintiff further respectfully requests that this Honorable Court enter an order pursuant to Florida Statutes §559.77(2), enjoining the Defendant from contacting the Plaintiff, including by and through a third party, with regards to the disputed debt while the Plaintiff is represented by counsel with regards to such debt.

## COUNT II-VIOLATION OF FCCPA, FLORIDA STATUTES §559.72(7)

36.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 20.

37.     Prior to retaining counsel on this matter, Plaintiff received relentless requests for payments from Defendant.

38.     As a result of the above-mentioned communications, Plaintiff experienced mental pain, shock, suffering, aggravation, humiliation, embarrassment and sleeplessness.  The thought of Plaintiff losing Plaintiff's home and primary residence has caused Plaintiff to experience a high degree of anxiety.

39.     Plaintiff was so distraught with the thought of losing Plaintiff's home, Plaintiff retained the undersigned law firm to represent Plaintiff and to deal directly with the Defendant so that Plaintiff would no longer have to deal with the Defendant.

40.     Plaintiff signed the cease and desist letter attached hereto as Exhibit "B" to avoid any further commutation with the Defendant.

41.     The letter specifically advised that all contacts were to be ceased immediately.

42.     Upon retaining counsel, Plaintiff was finally confident that Plaintiff would no longer have to interact with the Defendant.

43.     When Plaintiff received Defendant's May 16, 2013, May 20, 2013 and May 22, 2013 letters, Plaintiff was, understandably, quite distressed. A copy of same are attached and incorporated herein as Exhibit "C", "D" and "E" respectively.

44.     The letters urged Plaintiff to contact Defendant in connection with the collection of a debt, and each was an attempt to collect a debt.

45.     The letters provided a phone number for Defendant's collections line, a line which Defendant staffs with representatives of Defendant and whose purpose is to solicit payments from consumers.

*FD-2811*

46.     Plaintiff was also distressed and harassed when Plaintiff received a number of telephones from Defendant between April 15, 2013 and the present date.

47.     Each phone call was a communication in connection with the collection of a debt, and each was an attempt to collect a debt.

48.     Defendant had been communicating with the undersigned law firm and could have contacted the undersigned law firm.

49.     Instead, Defendant chose to harass the Plaintiff by contacting Plaintiff directly.

50.     Defendant communicated with Plaintiff a number of other times after Defendant was aware that Plaintiff was represented by counsel in regard to the disputed debt.

51.     By directly engaging in the above referenced communications with Plaintiff, Defendant increased the severity of Plaintiff's suffering and engaged in conduct which was harassing.

52.     In the above referenced communications, Defendant circumvented Plaintiff's counsel and attempted to trick Plaintiff into giving up Plaintiff's home by offering Plaintiff both a deed in lieu of foreclosure and a short sale, thereby engaging in abusive conduct towards Plaintiff.

53.     Defendant, through its agents, representatives and/or employees acting within the scope of their authority, has violated the FCCPA in that Defendant has engaged in harassing and abusive conduct towards Plaintiff, in contravention of Florida Statutes §559.72(7).

54.     Defendant, through its agents, representatives and/or employees acting within the scope of their authority acted willfully and intentionally violated Florida Statutes §559.72(7).

55.     Plaintiff has hired Loan Lawyers, LLC, to represent Plaintiff in this action and has agreed to pay a reasonable attorney's fee.

56.     As a result of the above violations of the FCCPA, pursuant to Florida Statute §559.77(2), Plaintiff is entitled to recovery for statutory damages of up to $1000 per violation, together with actual damages, reasonable attorney's fees and court costs.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendant, CARRINGTON MORTGAGE SERVICES, for statutory damages and actual damages, along with costs and reasonable attorney's fees pursuant to Florida Statutes §559.77(2), and for such other and further relief as justice may require. Plaintiff further respectfully requests that this

*FD-2811*

Honorable Court enter an order pursuant to Florida Statutes §559.77(2), enjoining the Defendant from contacting the Plaintiff, including by and through a third party, with regards to the disputed debt while the Plaintiff is represented by counsel with regards to such debt.

## COUNT III-VIOLATION OF FDCPA: 15 U.S.C. 1692(b)

57.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 20.

58.     Defendant communicated with Plaintiff multiple times in connection with the collection of a debt, including on or about May 16, 2013, May 20, 2013 and May 22, 2013 when Defendant mailed Plaintiff letters at Plaintiff's primary residence. A copy of same are attached and incorporated herein as Exhibit "C", "D" and "E" respectively.

59.     The letters urged Plaintiff to contact Defendant in connection with the collection of a debt, and itself was an attempt to collect a debt.

60.     The letters provided a phone number for Defendant's collections line, a telephone line which Defendant staffs with representatives of Defendant and whose purpose is to solicit payments from consumers.

61.     Defendant's May 16, 2013 letter makes explicit demands for payment, instructing Plaintiff to make payments to Defendant and providing details on how to do so.

62.     Each letter was a communication with the Plaintiff when Defendant knew that the Plaintiff was represented by an attorney with respect to the alleged debt and had knowledge of Loan Lawyers, LLC's name, address, and telephone number.

63.     As admitted in Plaintiff's May 22, 2013 letter, Defendant communicated with Plaintiff multiple times in connection with the collection of a debt by calling Plaintiff's telephone.

64.     The phone calls were each communication with the Plaintiff when Defendant knew that the Plaintiff was represented by an attorney with respect to the alleged debt and had knowledge of Loan Lawyers, LLC's name, address, and telephone number.

65.     Defendant communicated with Plaintiff a number of other times after Defendant was aware that Plaintiff was represented by counsel in regard to the disputed debt.

66.     Defendant, through its agents, representatives and/or employees acting within the scope of their authority, has violated the FDCPA in that Defendant contacted Plaintiff in

*FD-2811*

connection with the collection of a debt after Defendant knew that Plaintiff was represented by counsel, and had knowledge of counsel's name and address, in contravention of 15 U.S.C. 1692(b).

67.     Defendant, through its agents, representatives and/or employees acting within the scope of their authority acted willfully and intentionally violated 15 U.S.C. 1692(b).

68.     Plaintiff has hired Loan Lawyers, LLC, to represent Plaintiff in this action and has agreed to pay a reasonable attorney's fee.

69.     As a result of the above violations of the FDCPA, pursuant to 15 U.S.C. §1692k, Plaintiff is entitled to recovery for statutory damages of up to $1000 per violation, together with actual damages, reasonable attorney's fees and court costs.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendant, CARRINGTON MORTGAGE SERVICES, for statutory and actual damages, along with costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k, and for such other and further relief as justice may require.

## COUNT IV-VIOLATION OF FDCPA: 15 U.S.C. 1692(d)

70.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 20.

71.     Prior to retaining counsel on this matter, Plaintiff received relentless requests for payments from Defendant.

72.     As a result of the above-mentioned communications, Plaintiff experienced mental pain, shock, suffering, aggravation, humiliation, embarrassment and sleeplessness. The thought of Plaintiff losing Plaintiff's home and primary residence has caused Plaintiff to experience a high degree of anxiety.

73.     Plaintiff was so distraught with the thought of losing Plaintiff's home, Plaintiff retained the undersigned law firm to represent Plaintiff and to deal directly with the Defendant so that Plaintiff would no longer have to deal with the Defendant.

74.     Plaintiff signed the cease and desist letter attached hereto as Exhibit "B" to avoid any further commutation with the Defendant.

75.     The letter specifically advised that all contacts were to be ceased immediately.

*FD-2811*

76.     Upon retaining counsel, Plaintiff was finally confident that Plaintiff would no longer have to interact with the Defendant.

77.     When Plaintiff received Defendant's May 16, 2013, May 20, 2013 and May 22, 2013 letters, Plaintiff was, understandably, quite distressed. A copy of same are attached and incorporated herein as Exhibit "C", "D" and "E" respectively.

78.     The letters urged Plaintiff to contact Defendant in connection with the collection of a debt, and each was an attempt to collect a debt.

79.     The letters provided a phone number for Defendant's collections line, a line which Defendant staffs with representatives of Defendant and whose purpose is to solicit payments from consumers.

80.     Plaintiff was also distressed and harassed when Plaintiff received a number of telephones from Defendant between April 15, 2013 and the present date.

81.     Each phone call was a communication in connection with the collection of a debt, and each was an attempt to collect a debt.

82.     Defendant had been communicating with the undersigned law firm and could have contacted the undersigned law firm.

83.     Instead, Defendant chose to harass the Plaintiff by contacting Plaintiff directly.

84.     Defendant communicated with Plaintiff a number of other times after Defendant was aware that Plaintiff was represented by counsel in regard to the disputed debt.

85.     By directly engaging in the above referenced communications with Plaintiff, Defendant increased the severity of Plaintiff's suffering and engaged in conduct which was harassing.

86.     In the above referenced communications, Defendant circumvented Plaintiff's counsel and attempted to trick Plaintiff into giving up Plaintiff's home by offering Plaintiff both a deed in lieu of foreclosure and a short sale, thereby engaging in abusive conduct towards Plaintiff.

87.     Defendant, through its agents, representatives and/or employees acting within the scope of their authority, has violated the FDCPA in that Defendant has engaged in harassing and abusive conduct towards Plaintiff, in contravention of 15 U.S.C. 1692(d), which reads in part that "A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt."

88.     Defendant, through its agents, representatives and/or employees acting within the scope of their authority acted willfully and intentionally violated 15 U.S.C. 1692(d).

89.     Plaintiff has hired Loan Lawyers, LLC, to represent Plaintiff in this action and has agreed to pay a reasonable attorney's fee.

90.     As a result of the above violations of the FDCPA, pursuant to 15 U.S.C. §1692k, Plaintiff is entitled to recovery for statutory damages of up to $1000 per violation, together with actual damages, reasonable attorney's fees and court costs.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendant, CARRINGTON MORTGAGE SERVICES, for statutory and actual damages, along with costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k, and for such other and further relief as justice may require.

[remainder of page intentionally left blank]

*FD-2811*

## DEMAND FOR JURY TRIAL

Plaintiff, SCOTT PADOVA, pursuant to Rule 1.430, Florida Rules of Civil Procedure, hereby demands a trial by jury of all issues so triable.

Dated this 7th day of June, 2013.

## VERIFICATION

I, SCOTT PADOVA, *Sui Juris*, having read the foregoing, hereby verify, under penalty of perjury, that the above statements of facts are true and correct.

By:_____
SCOTT PADOVA, PLAINTIFF

Respectfully Submitted,

By: */s/ Seth Wieder*_____
SETH WIEDER, ESQ.
FBN: 91704
LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
377 North State Road 7, Suite #202
Plantation, FL 33317
Telephone:   (954) 523-4357
Facsimile:   (954) 581-2786

*FD-2811*

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2012-17090-CA (22)

WELLS FARGO BANK, NA,

        Plaintiff,

vs.

SCOTT T. PADOVA, et. al.

        Defendant,

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES

COMES NOW, LAURA L. HOY Esquire, and hereby gives notice that she is counsel of record for Defendant, SCOTT T. PADOVA, and requests that all pleadings, documents, and correspondence be directed to her.

Pursuant to Rule of Judicial Administration 2.516, please serve all future filings by e-mailing LAURA L. HOY at laurahoy@floridaloanlawyers.com and by e-mailing service@floridaloanlawyers.com.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded electronic mail, on this 25 day of February, 2013, to (vp70233@butlerandhosch.com): Vanessa Pellot, Esq., Butler & Hosch, P.A., 3185 South Conway Road, Orlando, Florida 32812. Fax: (407)381-5577.

LOAN LAWYERS, LLC
*Attorneys for Defendant*
377 North State Road 7, Suite #202
Plantation, FL 33317
Telephone: (954) 523-4357
Facsimile: (954) 581-2786

By: _____
LAURA L. HOY, ESQ.
FBN: 059025

*FC-771372*

# LOAN LAWYERS, LLC.

A Private Law Firm

*Main Office:*

377 North SR 7, Suite 202
Plantation, Florida 33317-2817
Telephone: (954) 523-HELP (4357)
Facsimile: (954) 581-2786
www.FloridaLoanLawyers.com

*Miami-Dade office:*

11098 Biscayne Boulevard, Suite 408
Miami, Florida 33161
Telephone: (305) 891-4010

*"The Attorneys That Care"* ℠

*Palm Beach office:*

301 W. Atlantic Avenue, Suite O-8
Delray Beach, Florida 33444
Telephone: (561) 832-6060

**\*\*Please reply to the Plantation office**

April 16, 2013

## VIA CERTIFIED MAIL-RETURN RECEIPT

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, Iowa. 50306

> Re: SCOTT T. PADOVA
> Loan Number: ███1526
> Property Address: 1750 N. Bayshore Drive #2309, Miami, FL 33132

Dear Sir or Madam:

Please be advised that this firm represents the above-referenced clients in the above referenced matter for the debt arising from the mortgage serviced by you. All communications regarding this matter, including, but not limited to: requests for payment, forbearance or modification questions or offers, discussions regarding status, or any other matter whatsoever in connection to the above mentioned mortgage must be made through our office. **You are hereby advised to cease all contacts with our clients' immediately.** Please direct your response and all future correspondence solely to this office.

YECHEZKEL RODAL, ESQ.

I authorize you to furnish the requested information regarding my mortgage loan to my attorneys, Loan Lawyers, LLC., at their office address as shown above. I hereby expressly revoke any prior consent I may have given to call me on my cell phone. My cell phone number is 516 456 3747 .

Signed this 11 day of Feb , 20 13 .

_____
(Borrower)

_____
(Borrower)

*Rev. 4/12*

Cc: Butler & Hosch, P.A.

*FC-771372*

FC-771372

# CARRINGTON
### MORTGAGE SERVICES LLC

Customer Service  1-800-561-2859  Mon - Fri 6:00AM to 6:00PM Pacific Time
Refinance Inquiries 1-888-267-2451  Mon - Fri 6:00AM to 6:00PM Pacific Time
Visit us online at: myloan.carringtonms.com

P.O. Box 54285 • Irvine, CA 92619-4285

## Mortgage Statement

| | |
|---|---|
| Statement Date | 05/16/13 |
| Loan Number | ____7602 |
| Property Address: | |
| | 1750 N BAYSHORE DRIVE |
| | MIAMI  FL  33132-3203 |

00487/  RE  01/01

SCOTT T PADOVA
24 NORMA BLVD
HOLBROOK NY 11741-1717

### Payment Information

| | |
|---|---|
| Loan Due Date | 03/01/11 |
| Current Payment Due Date | 06/01/13 |
| **Current Payment Due** | |
| Principal and Interest | $1,389.88 |
| Escrow* | $296.46 |
| Optional Products | $ .00 |
| Other | $ .00 |
| **Other Amounts Due** | |
| Past Due Payment(s) | $45,531.18 |
| Short Payment(s) | $ .00 |
| Default Cost(s) | $3,972.00 |
| NSF Fees | $ .00 |
| Pay By Phone Fees | $ .00 |
| Unpaid Late Charges | $1,737.25 |
| Other Fees or Costs | $ .00 |
| **TOTAL AMOUNT DUE** | **$52,926.77** |

### Loan Balances

| | |
|---|---|
| Unpaid Principal Balance | $226,121.33 |
| Deferred Balance(s) | N/A |
| Escrow Balance | -$2,618.81 |
| Suspense Balance | $ .00 |
| Negative Amortization Balance* | N/A |

### Loan Information

| | |
|---|---|
| Interest Rate | 5.87500% |
| Maturity Date | 04/2038 |
| Modification Date | N/A |
| Interest Paid Year-To-Date | $ .00 |
| Taxes Paid Year-To-Date* | $ .00 |

*Please see the reverse side of this statement for additional information.

### Activity Since Your Last Statement

| Date | Description | Amount | Principal | Interest | Escrow | Late Charge | Suspense | Miscellaneous |
|------|-------------|--------|-----------|----------|--------|-------------|----------|---------------|
| 04/26 | Billed | $3,972.00 | | | | | | |

### Special Messages

Announcing CMS Direct Pay Service!
We are now able to draft your payments from your checking or savings account automatically every month. The program can save you time and give you peace of mind knowing your monthly mortgage payments are taken care of. Please call our Customer Service department at (800) 561-4567 to see if you qualify.

New York City Department of Consumer Affairs License Number: 1264739
The collection agency is licensed by the City of Buffalo license numbers: 555177 & 555176
For New York residents: You may file complaints about CMS with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-877-BANK-NYS (1-877-226-5697) or by visiting the Department's website at www.dfs.ny.gov. Carrington Mortgage Services, LLC is registered with the Superintendent of the New York State Department of Financial Services.

Please detach the coupon portion of this statement and mail it with your check or money order to the Payment Processing Center using the return envelope provided. Be sure that the address shows through the window of the envelope. Be sure to write your account number on your check or money order. PLEASE DO NOT SEND CASH. Do not delay payments if you are awaiting correspondence, research or a new billing statement. Please do not send the entire statement or include correspondence with your payment.

## Payment Coupon

☐ If your address or phone number has changed, check this box and complete the reverse side of this form.

SCOTT T PADOVA
24   NORMA BLVD
HOLBROOK NY 11741

| Loan Number | Payment Due Date | Amount Due |
|-------------|------------------|------------|
| ____7602 | 03/01/11 | $52,926.77 |
| **Late Charge** | **If Received After** | **Late Payment Amount** |
| $ .00 | 06/16/13 | $52,926.77 |

CARRINGTON MORTGAGE SERVICES LLC
PO BOX 79001
PHOENIX  AZ 85062-9001

### Additional Amounts Remitted

| | |
|---|---|
| Principal | $_____ |
| Escrow | $_____ |
| Late Charge | $_____ |
| Other | $_____ |
| Total Remitted | $_____ |

Case 1:13-cv-23251-UU Document 1 Entered on FLSD Docket 09/09/2013 Page 20

## PAYMENT INFORMATION

Please detach the bottom portion of this statement and mail it with your check or money order to the Payment Processing Center using the return envelope provided. Be sure that the address shows through the window of the envelope. Be sure to write your account number on your check or money order. **PLEASE DO NOT SEND CASH.** Do not delay payments if you are awaiting correspondence, research or a new billing statement. Please do not send the entire statement or include correspondence with your payment. Postdated checks will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction.

When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

If you choose to opt out or have any inquiries, please contact CMS at 1-866-315-2558 Monday - Saturday 6:00AM to 6:00PM EST.

### OTHER PAYMENT OPTIONS

**Western Union/Quick Collect**
To use Quick Collect to make a payment, follow these easy steps:
1. Call 1-800-325-6000, press #2 to locate the Western Union Agent nearest you or go to www.westernunion.com.
2. At the Agent location, select and fill in the blue Payment Form completely. Include the following information:
   **Pay to: Carrington Mortgage Services, LLC**
   **City Code: CARRINGTONMS**
   **State: CA**
3. Be sure your name and account number are correctly written on the form.
This transaction will cost you a nominal fee. To contact Western Union Customer Service, please call 1-800-238-5772.

**MoneyGram**
To use MoneyGram to make a payment, follow these easy steps:
1. Call 1-800-926-9400 to locate the MoneyGram Agent nearest you or go to www.moneygram.com/efindUsl. MoneyGram is located in all Walmart stores and CVS pharmacies.
2. At the Agent location, select and fill in the blue Payment Form completely. Include the following information:
   **Pay to: Carrington Mortgage Services, LLC**
   **Receive Code: 7998**
3. Be sure your name and account number are correctly written on the form.
This transaction will cost you a nominal fee. To contact MoneyGram Customer Service, please call 1-800-555-3133.

**NOTE:** Payments transmitted to our office after the close of business will be applied to your account the next business day.

### INSURANCE

**HAZARD INSURANCE** - Fire and extended coverage is required on all accounts as specified in your loan documents.
**FLOOD INSURANCE** - If your property is located in a designated flood area, adequate Flood Insurance is required.

Proof of Insurance coverage is required on an annual basis. Please consult with your insurance agent to ensure that we are notified of your policy's status and that we receive copies of all renewal notices. We reserve the right to place insurance coverage to protect our mortgage interest if your insurance cancels or we are not notified of the renewal of your policy. The cost of this lender placed coverage may be higher than the policy of your choice and the coverage may not be equivalent to your prior policy. Your account will be charged for this coverage and your monthly payments may be increased accordingly.

### PROPERTY TAXES

If your loan does not have an escrow account, please cancel bill to ensure proper payment. Timely payment of Real Estate taxes is required on all Non-Escrow accounts. In the event that we are notified of non-payment of taxes by your taxing authority, we may exercise our option to advance payment for taxes.

**NOTE:** This will result in an increase in your monthly payments.

### IMPORTANT NOTICES

**MINI MIRANDA** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.
**CREDIT REPORTING** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.
**HUD STATEMENT** - Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to received counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll free telephone number at (800) 569-4287.

### IMPORTANT BANKRUPTCY NOTICE

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

### ADDITIONAL INFORMATION

**Escrow** - This portion of the mortgage payment may include amounts collected for mortgage insurance premiums.
**Negative Amortization** - The unpaid principal balance includes the negative amortization balance, if applicable. Negative amortization only occurs on certain loan products.
**Taxes Paid Year-To-Date** - This includes taxes paid by the borrower from escrow funds and advances made by Carrington Mortgage Services, if any.

### CONTACT INFORMATION

**Correspondence** (for inquiries & complaints)
Carrington Mortgage Services, LLC
P.O. Box 54285
Irvine, CA 9261-4285

**Overnight Mailing Address**
Carrington Mortgage Services, LLC
1610 East Saint Andrew Place
Suite B150
Santa Ana, CA 92705

**Website**
myloan.carringtonms.com

**Important Telephone Numbers**
| | |
|---|---|
| Customer Service (for inquiries & complaints): | 1-800-561-4567 |
| Customer Service Fax: | 1-800-486-5134 |
| Loan Counseling: | 1-800-785-7306 |
| Refinance: | 1-800-267-2451 |
| Payoff Request Fax (include borrower authorization): | 1-866-624-6154 |

04CAR05470

---

## CHANGE OF INFORMATION REQUEST
Check the appropriate box and return this form with your payment.

☐ **CHANGE OF MAILING ADDRESS**

Borrower's Name _____

New Mailing Address _____

_____

Loan Number _____

**CHANGE OF TELEPHONE NUMBER**

Co-Borrower's Name _____

Home Telephone Number _____

Work Telephone Number _____

Alternate Telephone Number _____

Signature _____

# CARRINGTON
MORTGAGE SERVICES, LLC

P.O. Box 54285  Irvine, CA  92619-4285
(800) 561-4567

LM650
05/20/13

SCOTT T PADOVA
24  NORMA BLVD
HOLBROOK          NY 11741-0000

**Our goal
is simple!**

Loan Number: ███57602

Dear Borrower(s):

We want to help you avoid foreclosure and the possibility of losing your home. We understand that you may be experiencing financial difficulty with making your mortgage payments and would like to discuss various alternatives to avoid foreclosure such as:

    LOAN MODIFICATION
    REPAYMENT PLAN
    SPECIAL FORBEARANCE
    SHORT SALE
    DEED IN LIEU OF FORECLOSURE

If the mortgage default is the result of a financial hardship that was caused by circumstances beyond your control, you may qualify. Please complete the attached financial form and contact Carrington (877) 267-1221 to discuss these alternatives today or you can fax to (877) 267-1244. Feel free to use our online service to submit the financial worksheet by visiting our website at myloan.carringtonms.com.

If you have any questions, please contact us toll free at (877) 267-1221, Monday through Friday from 7:00 AM to 6:00 PM Pacific Standard Time. *X 75439* *6AM - 3PM.*

Please keep in mind that this letter does not constitute a commitment to approve any workout plan. Collection and foreclosure proceedings may continue during the review period in which we will consider your request.

Sincerely,

*MICHELLE CALONZO*

Carrington Mortgage Services, LLC

**-IMPORTANT BANKRUPTCY NOTICE**
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan.  If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**-CREDIT REPORTING**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**-MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.



P.O. Box 54285  Irvine, CA  92619-4285
(800) 561-4567

**-HUD STATEMENT**
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.  You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll free telephone number at (800) 569-4287.

**-EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers CMS' compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

# CARRINGTON
MORTGAGE SERVICES, LLC

P.O. Box 54285  Irvine, CA 92619-4285
(800) 561-4567

## FINANCIAL WORKSHEET *(please make any necessary corrections)*

| | | | |
|---|---|---|---|
| Borrower Name | SCOTT T PADOVA | Loan Number: | 57602 |
| Co- Borrower Name | | | |
| Home Phone Number | | Best time to call | |
| Work Phone Number | | Best time to call | |
| Cell Phone Number | | Best time to call | |

| **BORROWER(S) INTENTION** | ☐ Keep Property | ☐ Sell Property | ☐ Unsure |
|---|---|---|---|
| **Mailing Address** *(if different from property address)* | | ☐ Rent | ☐ Own |

Street Address, City , State, Zip Code
24  NORMA BLVD HOLBROOK       NY 11741-0000

### INCOME

| Description | Borrower Income (Monthly) | Co- Borrower Income (Monthly) | Total |
|---|---|---|---|
| Net salary/Wages | | | |
| Commissions/Bonuses | | | |
| Other (Identify) | | | |
| Total Net Income | | | |

### EXPENSES

| Description | Monthly Payment | Balance Due | Description | Monthly Payment | Balance Due |
|---|---|---|---|---|---|
| Mortgage Payment | | | Automobile | | |
| Other Real Property | | | Automobile | | |
| Utilities (total) | | | Credit Cards (total) | | |
| Food Expense | | | Personal Loans (total) | | |
| Other liens (2nd, HOA,etc) | | | Student Loans/Tuition | | |
| Transportation (Gasoline) | | | Other Expenses | | |
| Insurance | | | Other Expenses | | |
| Alimony/Child Care/Child Support | | | Other Expenses | | |

| **PLEASE PROVIDE BRIEF DESCRIPTION OF HARDSHIP:** |
|---|
| |
| |

**AUTHORIZATION AND ACKNOWLEDGEMENT**

I/We certify that the financial information stated above is true, accurate, and correct to the best of my knowledge.  I/We understand and acknowledge that any action taken by the lender of my/our mortgage loan on my/our behalf will be made in strict reliance on the financial information provided. I/We understand that submission of this information in no way obligates my Mortgage Servicer, Investor, or Insurer to provide assistance to me/us. My/Our signatures(s) below grant the holder of my/our mortgage the authority to obtain a credit report to verify the financial information provided to be accurate.

Submitted this _____ day of _____ 20_____.

_____
SCOTT T PADOVA
**BORROWER NAME (PRINT)**

_____
**BORROWER SIGNATURE**

_____
**CO-BORROWER NAME (PRINT)**

_____
**BORROWER SIGNATURE**

LM650


**CARRINGTON**
MORTGAGE SERVICES, LLC

P.O. Box 54285  Irvine, CA  92619-4285
(800) 561-4567

LM700

05/22/13

SCOTT T PADOVA
24  NORMA BLVD
HOLBROOK          NY 11741-0000

Loan Number:          ████7602

Dear Mortgagor(s):

Please be advised that we have unsuccessfully tried to contact you by phone on numerous occasions.  Also we have sent several letters trying to discuss the delinquency of your account.

Your Real Estate loan is seriously delinquent and is in the process of foreclosure.  We would like to discuss possible alternatives that may be available to help resolve this situation and salvage your homeownership.

The seriousness of the impending foreclosure action cannot be over-emphasized and time is of the essence as additional costs may be incurring.  We cannot assist you unless you contact us.

It is imperative that you contact Home Retention at (800) 790-9502, Monday through Friday from 7:00am to 6:00pm in your time zone.

Sincerely,

JAMEELAH KHAN

Home Retention Department
Carrington Mortgage Services, LLC

*1-877-267-1221*
*EXT. 75053*
*Monday-Friday*
*9am-6pm*
*Pacific Standard Time*



**-IMPORTANT BANKRUPTCY NOTICE**
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan.  If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**-CREDIT REPORTING**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**-MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**-HUD STATEMENT**
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.  You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll free telephone number at (800) 569-4287.

**-EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers CMS' compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.