UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SCOTT PADOVA,

        Plaintiff,

v.                                                                                    Case No. 1:13-cv-23251-UU

CARRINGTON MORTGAGE SERVICES, LLC

        Defendant.
_____/

**INTERIM JOINT STATUS REPORT**

Carrington Mortgage Services, LLC ("Carrington"), by its counsel, and Plaintiff Scott Padova ("Padova"), by his counsel, in accordance with the Court's Scheduling Order, submit their Interim Joint Status Report, and provide as follows:

    1.    **Have all the defendants been served and answered the complaint?**

Yes.

    2.    **If this is a class action, has a motion for class certification been filed?**

This is not a class action.

    3.    **If discovery is not closed, what is the parties' agreed upon plan for the completion of discovery by the deadline, including but not limited to the exchange of all relevant electronically stored information?**

Carrington served its responses to Padova's Requests to Admit. The parties have agreed that Carrington may serve its responses to Padova's Interrogatories and Requests to Produce by February 17, 2014. Carrington served its First Set of Interrogatories and First Request for the Production of Documents on February 3, 2014. Padova's responses are currently due March 5,

1

2014. Discovery must be completed by March 14, 2014. *See* Scheduling Order, p. 1 (DE 10). Carrington anticipates that Padova will provide full and complete responses to its discovery requests by March 14, 2014.

Padova requested to take the deposition of Carrington's corporate representative in late February/early March. Carrington will provide available dates shortly.

Carrington anticipates taking the deposition of Padova after Plaintiff responds to written discovery and before March 14, 2014.

4. **Are there any motions pending? If so, indicate the status of each motion separately.**

No motions are currently pending.

5. **Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator?**

Yes. The parties filed their Notice of Selection of Mediator on November 27, 2013. DE 13.

6. **Have the parties agreed to a place, date and time for mediation and has the lead attorney for the plaintiff(s) completed the form Order Scheduling Mediation and submitted it to the Court? If not, state the reason(s) for the failure to do so.**

Yes. Mediation is scheduled for March 20, 2014 at 9:00 a.m. at Berman Mediation, 633 Southeast Third Avenue, Suite 200, Fort Lauderdale, FL 33301. DE 14. The Order Scheduling Mediation was submitted to the Court and entered on December 6, 2013. DE 15.

7. **Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations. If not, explain the reason(s) for the failure to do so.**

The parties have engaged in informal settlement negotiations. Padova made a settlement demand, which Carrington did not counter, because the demand exceeded Padova's maximum

recovery under the federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, §§ 55.955 Fla. Stat. (2012), *et seq.* ("FCCPA").

8.	**If the case is less than five days to try, have the parties conferred and have they agreed to trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?**

The parties agree that this case will take less than five days to try.  The parties have conferred and have not agreed to trial before a U.S. Magistrate Judge.


Dated:  February 7, 2014	Respectfully submitted,

**CARRINGTON MORTGAGE SERVICES, LLC**

By:	s/ Hector E. Lora, Esq.
MCGINNIS WUTSCHER BEIRAMEE LLP
Florida Bar No. 755842
110 E. Broward Blvd.
Suite 1700
Fort Lauderdale, FL  33301
Direct:  (786) 553-8082
Fax:  (866) 581-9302
E-mail: hlora@mwbllp.com

**SCOTT PADOVA**

By:	s/Seth Wieder, Esq.
	s/Yechezkel "Chezky" Rodal, Esq.
Loan Lawyers, LLC
Counsel for plaintiff
377 N. State Road 7, Suite #202
Plantation, Florida 33317
Email:seth@floridaloanlawyers.com;
chezky@floridaloanlawyers.com